MARXMAN PIPES, INC., Appellant, *v.* COLUMBIA PICTURES CORP., Respondent.

Argued June 1, 1955; decided July 8, 1955.

*Henry Amster* and *Milton Lipson* for appellant.

*Ferdinand Pecora* and *Stuart G. Schwartz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL. VAN VOORHIS and BURKE, JJ.